STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-7234
    Evan.Mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-306-EMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BRIEFING SCHEDULE |
| v. | |
| LUIS TZUN-MAGANA, | |
| Defendant. | |

On January 26, 2022, Mr. Tzun-Magana filed his motion to dismiss the complaint. (Dkt. 32). Mr. Tzun-Magana's motion was originally due on October 13, 2021, but the parties stipulated to, and the Court granted, two extensions on October 6 and December 6, 2021. (Dkts. 17 and 28). The Court also granted Mr. Tzun-Magana's motion to file an oversized brief. (Dkt. 35). The government's response is currently due on March 2, 2022. Mr. Tzun-Magana's reply is due on March 16, 2022. And the Court has set a motion hearing for May 4, 2022 at 2:30 pm.

After reviewing Mr. Tzun-Magana's brief in support of his motion to dismiss, the government has determined that it requires additional time to prepare its response. The additional time is required because of the length of Mr. Tzun-Magana's brief and supporting filings and the nature of the claims

raised. In addition, counsel for the government is scheduled to be in trial February 22 through February 25. Mr. Tzun-Magana remains out of custody.

The parties to the above-captioned matter therefore hereby stipulate and respectfully request that the Court set the following briefing schedule:

1. The government will file its response by March 30, 2022.
2. Mr. Tzun-Magana will file his reply by April 18, 2022.
3. A hearing on the motion will take place on May 4, 2022, or at another time convenient for the Court.

**IT IS SO STIPULATED.**

STEPHANIE M. HINDS
United States Attorney

Dated: February 18, 2022

_____/s/_____
EVAN M. MATEER
Special Assistant United States Attorney

Dated: February 18, 2022

_____/s/_____
GABRIELA BISCHOF
Counsel for LUIS TZUN-MAGANA

### [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby continues the briefing schedule for Mr. Tzun-Magana's motion to dismiss. The government will file its response by March 30, 2022. Mr. Tzun-Magana will file his reply by April 18, 2022. A hearing on the motion will take place on May 4, 2022 at 2:30pm.

**IT IS SO ORDERED.**

Dated: February 23, 2022

_____
HON. EDWARD M. CHEN
United States District Judge