JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:          Gabriela_Bischof@fd.org

Counsel for Defendant Tzun-Magana

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3:21-cr-00306-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| LUIS TZUN-MAGANA, | |
| Defendant. | |

Mr. Tzun-Magana filed a motion to dismiss in the above-captioned case, which was fully briefed in April 2022. An appeal on the same issue is pending before the Ninth Circuit in *United States v. Carrillo-Lopez*, Case No. 21-10233. At the last status conference, the parties agreed and the Court noted that the forthcoming opinion in that case would have a significant impact on the issues in Mr. Tzun-Magana's pending motion. At this time, it appears oral argument in the *Carrillo-Lopez* matter will be scheduled for December 2022. Mr. Tzun-Magana remains out of custody. Accordingly, the parties agree and request that the status conference currently scheduled for September 28, 2022, be continued until March 29, 2023, or as soon thereafter as it can be

1

heard. If the Ninth Circuit renders a decision in *Carillo-Lopez* before March 29, 2023, the parties will reach out to the Court to set an earlier status conference.

Under 18 U.S.C. § 3161(h)(1)(D), the Court may appropriately exclude time for "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." The parties stipulate that a continuance and exclusion of time from September 28, 2022, to March 29, 2023, is therefore appropriate under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Dated: September 27, 2022

/s/
JODI LINKER
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender

Dated: September 27, 2022

/s/
STEPHANIE HINDS
United States Attorney
Northern District of California
LAUREN HARDING
Assistant United States Attorney

**IT IS SO ORDERED.**

September 27, 2022
Dated

EDWARD M. CHEN
United States District Judge